UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DEIULEMAR SHIPPING SPA,                 :

       Plaintiff,                        :

  - against -                             :    ECF CASE

SPOT ON SHIPPING LTD., a.k.a. SPOT ON   :
SHIPPING LTD. BVI., a.k.a. SPOT ON,
                                        :
       Defendant.
----------------------------------------X

**JUDGE MARRERO**

**07 CIV 3820**

07 CV _____



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:     NONE.

Dated: May 15, 2007
       New York, NY

                              The Plaintiff,
                              DEIULEMAR SHIPPING SPA,

                By: _____
                              Lauren C. Davies (LD 1980)
                              Thomas L. Tisdale (TT 5263)
                              TISDALE LAW OFFICES
                              11 West 42nd Street, Suite 900
                              New York, NY 10036
                              (212) 354-0025 (Phone)
                              (212) 869-0067 (Fax)
                              ldavies@tisdale-law.com
                              ttisdale@tisdale-law.com