Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DEIULEMAR SHIPPING SPA,

                        Plaintiff,          07 CIV 3820 (VM)

      -against-

SPOT ON SHIPPING LTD. a.k.a SPOT ON     ANSWER OF GARNISHEE
SHIPPING LTD. BVI a.k.a SPOT ON,           STANDARD CHARTERED BANK IN
                                                           RESPONSE TO MARITIME
                                                             ATTACHMENT AND GARNISHMENT

                      Defendants.
-----------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process of Maritime Attachment and Garnishment, dated May 15, 2007, as initially served upon garnishee STANDARD CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter; garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its verified answer does hereby state that on May 23, 2007, the date of service upon garnishee of another copy of the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in its possession or custody owing or belonging to the defendants, except for the following

#1062                                        1

wire transfer which has been restrained, pending further court order pursuant to the aforesaid Process of Maritime Attachment and Garnishment[1]:

| | |
|---|---|
| Transaction Reference: | 20070523-00025194 |
| Sender Reference Number: | 990CL07C05034147 |
| Wire Transfer Request Received (NY): | May 23, 2007 |
| Value Date: | May 23, 2007 |
| Service Date/Time: | May 23, 2007 (7:00 a.m.) |
| Amount of Wire: | US$3,979.00 |
| Amount Restrained: | US$3,979.00 |
| Originator: | Super Sport<br>Complete USD<br>All De Coat A Noz-Cs 57415<br>35574 Chantepie Cedex |
| Originator's Bank: | LCL Credit Lyonnais Paris |
| Instructing Bank: | Credit Agricole S.A.<br>83 Boulevard Des Chenes<br>BP 48 Division Nostri<br>PFX/FNI/SR/NO Guyancourt France 78 |
| Beneficiary: | **Spot On Limited** |
| Beneficiary Bank: | Standard Chartered Bank HK Ltd.<br>4-4A Des Voeux Road Central<br>Hong Kong |

Dated:   New York, New York
         June 7, 2007

KRAVET & VOGEL, LLP

By: _____
    Joseph A. Vogel (JV-5533)

1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634
*Attorneys for Garnishee Standard Chartered Bank*

TO:  Tisdale Law Offices
     11 West 42nd Street, Suite 900
     New York, NY 10036
     212-354-0025
     *Attorneys for Plaintiff*

---

[1] As well as by Process of Maritime Attachment and Garnishment issued in case *AWB (Geneva) S.A. v. Spot On Shipping Limited, Spot On (Hong Kong) Group Corporation Limited, Spot On International Group Limited, Clayton Star Company Limited, Pehw Fund Limited and Pehw Asset Management Limited*, Case No.07 Civ. 3824 (RWS) served 5/23/07 at 8:51 a.m.

## VERIFICATION

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF NEW YORK         )

     JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am an Executive Vice President and Head of Legal –The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

JAYSON JARUSHEWSKY

Sworn to before me this
___ day of June 2007

Notary Public

JOHN M. CARTER
NOTARY PUBLIC, State of New York
No. 02CA6072821
Qualified in New York County
Commission Expires 04/15/2010

#1062                              3