# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

*New York, NY · Southport, CT*

September 25, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-26-07

**VIA FACSIMILE 212 805 6382**
Hon. Victor Marrero
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

Re: **Deiulemar Shipping SPA v. Spot On Shipping Ltd., et al.**
07 Civ. 03820 (VM)
Our Ref: 1694

Dear Judge Marrero:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pretrial conference scheduled for Friday, September 28, 2007 at 4:30 p.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On May 17, 2007 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. On June 5, 2007, an Amended Ex Parte Order authorizing process of maritime attachment was issued and served on the garnishee banks. On or about August 14, 2007 and pursuant to the Amended Ex Parte Order, Bank of New York attached $7,219.94 of property belonging to Zhanggang Shipping Ltd. On or about September 18, 2007, HSBC attached $1,000,000 of property belonging to Zhanggang Shipping Ltd. The defendant, Zhanggang Shipping Ltd., has been notified of both these attachments and, despite same, has not appeared in this action. Further, on or about September 25, 2007, Plaintiff requested leave to file a second amended complaint increasing the damages sought in this action.

As none of the Defendants have not appeared, we respectfully request a sixty (60) day adjournment of the pre-trial conference during which time we will continue to serve the Writ of Attachment in order to secure Plaintiff's claim and obtain jurisdiction over the Defendant. We thank your Honor for consideration of this request.

Respectfully submitted,

Lauren C. Davies

Request GRANTED. The initial conference herein is rescheduled to 11-30-07 at 10:00 a.m.

SO ORDERED.

9-26-07
DATE

VICTOR MARRERO, U.S.D.J.