TISDALE LAW OFFICES
11 West 42nd Street, Suite 900
New York, NY 10036
Tel:   (212) 354-0025
Fax:   (212) 869-0067
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| DEIULEMAR SHIPPING SPA, | : |
| Plaintiff, | : 07 CV 03820 (VM) |
| - against - | : ECF CASE |
| SPOT ON SHIPPING LTD., a.k.a. SPOT ON SHIPPING LTD. BVI., a.k.a. SPOT ON, a.k.a CLAYTON STAR COMPANY LIMITED, a.k.a. CLAYTON STAR, SPOT ON (HONG KONG) GROUP CORPORATION LTD., SPOT ON (HONG KONG) GROUP LIMITED, SPOT ON INTERNATIONAL GROUP LIMITED, SPOT ON HOLDINGS LIMITED, SPOT ON COMPANY LTD., PEHW ASSET MANAGEMENT LIMITED, PEHW FUND LIMITED, ZHANGGANG SHIPPING LIMITED and MARK GAINS HOLDINGS LIMITED, | : : : : : : : |
| Defendants. | : |

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/07

### ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(C)

Upon motion of the Plaintiff for an Order appointing Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate, paralegal or other agent of TISDALE LAW OFFICES, LLC to serve the Verified Second Amended Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process in this action, and

IT IS ORDERED that based upon the affidavit of Lauren C. Davies, that Thomas L. Tisdale, Claurisse A. Campanale-Orozco, Lauren C. Davies or any other partner, associate,

paralegal or other agent of TISDALE LAW OFFICES, LLC be and is hereby appointed to serve the Verified Second Amended Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon Defendants herein and upon the garnishees listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for or on account of the Defendants; and

IT IS FURTHER ORDERED, that in order to avoid the need to repetitively serve the garnishee(s) banks continuously throughout the day, any copy of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: September 27, 2007
New York, NY

**SO ORDERED,**

_____
United States District Judge
Victor Marrero