```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-07
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DEIULEMAR SHIPPING SPA,              :
                                     :    07 Civ. 3820 (VM)
                Plaintiff,           :
                                     :         ORDER
   - against -                       :
                                     :
SPOT ON SHIPPING, LTD.,               :
                                     :
                Defendant.           :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Counsel for plaintiff having notified the Court, at the conference with the Court on November 30, 2007, that the parties are engaged in related litigation in another case in this Court, that no defendants have appeared in this action and that plaintiff seeks additional time to effectuate marine attachments against the assets of other defendant entities in this action, it is hereby

**ORDERED**, that this action be placed on the Court's Suspense Docket for a period of six (6) months of the date of this Order; and it is further

**ORDERED** that counsel for plaintiff inform the Court within such period of the status of such other litigation and responses, if any, by defendants, and the prospects of resolution through such proceedings. In the event upon such notification plaintiff reports that the matter has not been resolved and that further prosecution of this action is necessary, the Court shall promptly restore the action to its active docket and the parties shall be directed to appear before the Court to schedule remaining pre-trial proceedings

and/or dispositive motions, as appropriate.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         November 30, 2007

                                    _____
                                    VICTOR MARRERO
                                    U.S.D.J.