# TISDALE
## LAW OFFICES, LLC

11 WEST 42ND STREET SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

New York, NY · Southport, CT

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

May 29, 2008

<u>Via Facsimile 212-805-6382</u>
Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007-1312

Re: DEIULEMAR SHIPPING SPA v. SPOT ON SHIPPING LTD. a.k.a. SPOT ON SHIPPING BVI a.k.a. SPOT ON
07 Civ. 3820 (VM)
Our Ref.: 07-99-1694

Honorable Sir:

We are attorneys for the Plaintiff in the above captioned matter. Reference is made to Your Honor's Order dated November 30, 2007, a copy of which we enclose for your ready reference.

As noted in the earlier Order, the parties remain engaged in litigation in a companion case pending before the Honorable Colleen McMahon. We have exchanged discovery on the alter-ego issue with counsel for the Defendant, Zhanggang Shipping Ltd. and are awaiting responses thereto. We have proposed to counsel in that case that the result of the alter ego issues should be determinative of the same issues in this litigation, and we are awaiting their response.

In the interim, we ask that Your Honor maintain this action on the suspense docket for an additional 6 months and we will report further to Your Honor by November 30, 2008.

We appreciate Your Honor's indulgence in this request.

Respectfully submitted,

Thomas L. Tisdale

mt/enclosure

cc: *Via facsimile 516-767-3605*
Timothy Semenoro
Chalos O'Connor & Duffy, LLP
366 Main Street
Port Washington, New York 11050

> Request GRANTED. The Clerk of Court is directed to continue this case on the Court's Suspense Docket for an additional six (6) months. Plaintiff is directed to advise the Court of the status of this matter by 11-1-08.
>
> SO ORDERED:
> 6-2-08
> DATE     VICTOR MARRERO, U.S.D.J.