11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08
```

July 11, 2008

**Via Facsimile 212-805-6382**
Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 660
New York, NY 10007-1312

Re:   DEIULEMAR SHIPPING SPA v. SPOT ON SHIPPING LTD. a.k.a. SPOT
      ON SHIPPING BVI a.k.a. SPOT ON
      07 Civ. 3820 (VM)
      Our Ref.: 07-99-1694

Honorable Sir:

We are attorneys for the Plaintiffs in the above captioned matter. There has been no appearance by any Defendant.

On November 30, 2007, Your Honor entered an Order of Stay allowing us to continue serving process on the Defendants but staying the prosecution of the case while a similar case, Brave Bulk v. Spot On 07 CV 4546 (CM) with similar (but not identical) alter ego issues, was litigated before the Honorable Colleen McMahon. An issue has arisen in the foreign proceedings in that case, which is neither relevant nor applicable to this case. In the Brave Bulk matter, Zhanggang Shipping, Ltd. has intervened in the London High Court litigation because there is a reference in the Default Judgment which Brave Bulk obtained against Co-Defendant Spot On Shipping, Ltd. wherein it was stated that Spot On was now doing business as ZSL. Because of the pending Motion to Intervene, Judge McMahon has stayed the Brave Bulk action here. However, no such issue exists in the Deiulemar v. Spot On action which was filed in London High Court and in which Deiulemar has a Default Judgment. Thus, there in no basis any longer to stay this action.

Based upon the foregoing, we respectfully request that Your Honor reopen the action and restore the matter to the active docket. Thereafter, we will move for a Default Judgment against Zhanggang Shipping, Ltd.

We appreciate Your Honor's indulgence in this matter.

Respectfully yours,

Thomas L. Tisdale

---

Plaintiffs are granted leave to move for entry of judgment by default against defendant Zhanggang Shipping, Ltd. in this action. Upon filing of such motion, the case shall be restored for that purpose.

SO ORDERED:

7-11-08

VICTOR MARRERO, U.S.D.J.