UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEIULEMAR SHIPPING SPA,                    :

       Plaintiff,                    :     07 CV 03820 (VM)
                                                      ECF CASE

   - against -                    :

SPOT ON SHIPPING LTD., a.k.a. SPOT ON           :
SHIPPING LTD. BVI., a.k.a. SPOT ON, a.k.a
CLAYTON STAR COMPANY LIMITED, a.k.a.            :
CLAYTON STAR, SPOT ON (HONG KONG)                     **PARTIAL**
GROUP CORPORATION LTD., SPOT ON         :       **DEFAULT JUDGMENT**
(HONG KONG) GROUP LIMITED, SPOT ON
INTERNATIONAL GROUP LIMITED,            :
SPOT ON HOLDINGS LIMITED, SPOT ON
COMPANY LTD., PEHW ASSET MANAGEMENT :
LIMITED, PEHW FUND LIMITED,
ZHANGGANG SHIPPING LIMITED and          :
MARK GAINS HOLDINGS LIMITED,

                                                  :
       Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-08

      Pending is the Plaintiff DEIULEMAR SHIPPING SPA's Motion for Partial

Default Judgment against the Defendant, ZHANGGANG SHIPPING LIMITED. The

Court finds that the Defendant was properly served, but has failed to appear and defend in

this action. The Court concludes that the Plaintiff has provided a sufficient basis for the

relief it has requested: **$3,498,324.30**.

      No hearing or investigation is necessary to determine the amount of damages or

establish the truth of any averment by evidence, or for any other purpose.

      Plaintiff is directed to mail copies of this ruling and judgment to the Defendant at

their last known addresses.

Dated: New York, NY
       July 18, 2008

**SO ORDERED.**

_____
Victor Marrero
United States District Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____