CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DEIULEMAR SHIPPING SPA,

                                07 Civ. 3820 (VM)

                Plaintiff,             **RULE 7.1 STATEMENT**

      - against –

SPOT ON SHIPPING LTD., a.k.a. SPOT ON
SHIPPING LTD. BVI., a.k.a. SPOT ON, a.k.a.
CLAYTON STAR COMPANY LIMITED, a.k.a,
CLAYTON STAR, *et al.*

                Defendants.
-------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Zhanggang Shipping Ltd., certify that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
       July 31, 2008

                                             CHALOS, O'CONNOR & DUFFY LLP
                                             Attorneys for Zhanggang Shipping Ltd.,

                By:      */s/ Eugene J. O'Connor*
                                             Eugene J. O'Connor (EO-9925)
                                           Timothy Semenoro (TS-6847)
                                           366 Main Street
                                           Port Washington, New York 11050
                                           Tel: (516) 767-3600 / Fax: (516) 767-3605