CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEIULEMAR SHIPPING SPA,

               07 Civ. 3820 (VM)

       Plaintiff,       **NOTICE OF RESTRICTED APPEARANCE IN**
 - against -          **ACCORDANCE WITH RULE E(8) OF THE F.R.C.P.**

SPOT ON SHIPPING LTD., a.k.a. SPOT ON   **SUPPLEMENTAL RULES**
SHIPPING LTD. BVI., a.k.a. SPOT ON, a.k.a.   **FOR CERTAIN ADMIRALTY**
CLAYTON STAR COMPANY LIMITED, a.k.a,  **AND MARITIME CLAIMS**
CLAYTON STAR, *et al.*

       Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

  PLEASE TAKE NOTICE THAT Pursuant to Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, the firm of Chalos, O'Connor & Duffy, LLP, hereby makes a restricted appearance on behalf of Zhanggang Shipping Ltd. to claim an interest in attached funds and, if necessary, defend against an alleged admiralty and maritime claim with respect to which there has been issued process of maritime attachment and garnishment.

  FURTHERMORE, this appearance is expressly restricted to a claim of ownership over attached funds and any necessary defense of said claim; and is not to be construed as a general appearance or an appearance for the purposes of any other claim with respect to which such process is not available or has not been served.

1

In accordance with the above-stated restriction, please enter our appearance as counsel in this case for Zhanggang Shipping Ltd.

We certify that we are admitted to practice in this Court.

Dated: Port Washington, New York
      July 31, 2008

                CHALOS, O'CONNOR & DUFFY LLP
                Attorneys for Zhanggang Shipping Ltd.

By: _____
                Eugene J. O'Connor (EO-9925)
                Timothy Semenoro (TS-6847)
                366 Main Street
                Port Washington, New York 11050
                Tel:  (516) 767-3600 / Fax:  (516) 767-3605